1  MICHAEL BRUNO (SBN: 166805)
   ALYSON CABRERA (SBN: 222717)
2  MANA KOLEINI (SBN: 304381)
   PAMELA NG (SBN: 273036)
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054
   mbruno@grsm.com
6  acabrera@grsm.com
   mkoleini@grsm.com
7  png@grsm.com

8

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
10

11            UNITED STATES DISTRIC COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| SELINA KEENE, | ) |
| | ) LEAD CASE NO.: 22-cv-01587-JSW |
| Plaintiff, | ) |
| | ) ORDER GRANTING |
| vs. | ) **MOTION FOR SUBSTITUTION OF** |
| | ) **FIRM** |
| CITY AND COUNTY OF SAN FRANCISCO et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| DAVID GOZUM, | ) |
| | )   CASE NO.: 22-cv-03975-JSW |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF SAN FRANCISCO et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| JOSEPH COOK, | ) |
| | ) CASE NO.: 22-cv-07645-JSW |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF SAN FRANCISCO et al. | ) |

-1-
**MOTION FOR SUBSTITUTION OF FIRM**

|   |   |   |
|---|---|---|
| | Defendants. ) ) ) | |
| APRIL MONEGAS, ) ) | CASE NO.: 22-cv-04633-JSW |
| Plaintiff, ) ) | |
| vs. ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH ) ) ) ) | |
| Defendants. ) ) | |
| CHARLOTTE R. SANDERS, ) ) | CASE NO.: 23-cv-00211-JSW |
| Plaintiff, ) ) | |
| vs. ) ) | |
| SAN FRANCISCO PUBLIC LIBRARY et al. ) ) | |
| Defendants. ) ) ) | |
| DENISE ANGELINA DEBRUNNER et al., ) ) | CASE NO.: 22-cv-07455-JSW |
| Plaintiff, ) ) | |
| vs. ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO et al. ) ) ) | |
| Defendants. ) ) | |
| THADDEUS SALEEM SHAHEED, et al., ) ) | CASE NO.: 22-cv-06013-JSW |
| Plaintiff, ) ) | |
| vs. ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO et al. ) ) ) | |
| Defendants. ) ) | |
| JOSE GUARDADO, et al., ) ) | CASE NO.: 22-cv-04319-JSW |
| Plaintiff, ) ) | |
| vs. ) ) | |

-2-
**MOTION FOR SUBSTITUTION OF FIRM**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

Pursuant to Civil L.R. 5-1 (c) (2) and Civil L.R. 11-5, Defendant CITY AND COUNTY OF SAN FRANCISCO hereby seeks to have all of its current attorneys of record removed from the lead and all related cases and to have the following attorneys substitute in as counsel of record:

**NEW COUNSEL:**
Michael Bruno (SBN: 166805)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone:  (415) 986-5900
Fax: (415) 986-8054
Email:  mbruno@grsm.com

Alyson Cabrera (SBN: 222717)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 986-5900
Fax: (415) 986-8054
Email: acabrera@grsm.com

Mana Koleini (SBN: 304381)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone:  (415) 986-5900
Fax: (415) 986-8054
Email: mkoleini@grsm.com

Pamela Ng (SBN: 273036)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone:  (415) 986-5900
Fax: (415) 986-8054
Email: png@grsm.com

The current attorneys of record who need to be removed are as follows:

Keene; Case No. 22-cv-01587-JSW: Deputy City Attorneys Adam Shapiro, Dante Taylor, Lauren Wood, and Peter Cownan.

Gozum; Case No. 22-cv-03975-JSW: Deputy City Attorney Amy Super.

**MOTION FOR SUBSTITUTION OF FIRM**

Cook; Case No. 22-cv-07645-JSW: Deputy City Attorneys Dante Taylor and Amy Super.

Monegas; Case No. 22-cv-04633-JSW: Deputy City Attorney Peter Cownan.

Sanders; Case No. 23-cv-00211-JSW: Deputy City Attorney Adam Shapiro.

Debrunner; Case No. 22-cv-07455-JSW: Deputy City Attorneys Lauren Wood and Adam Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

Shaheed; Case No. 22-cv-06013-JSW: Deputy City Attorneys Lauren Wood and Adam Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

Guardado; Case No. 22-cv-04319-JSW: Deputy City Attorneys Lauren Wood and Adam Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

## CONSENT TO SUBSTITUION OF COUNSEL

Defendant City and County of San Francisco hereby consents to the aforementioned substitution of counsel.

By: *Lauren W Wood*

Its:  Deputy City Attorney Lauren E. Wood on behalf of CCSF

Dated:  November 6, 2023

The substitution of firm is hereby approved and so ORDERED:

DATE:  November 17, 2023

Jeffrey S. White
United States District Judge